# 842

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, re CONSOLIDATED INDEMNITY AND INSURANCE COMPANY. Claim of FREDERICK HEIPEL, an Infant by MICHAEL HEIPEL, His Guardian ad Litem. Claim No. PI & PD 8085. Claim of MICHAEL HEIPEL. Claim No. PI & PD 7883.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of MARY O'SHEA GROUT and Certain Others Similarly Situated v. JAMES E. FINEGAN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

BEATRICE FRIEDMAN and JACOB FRIEDMAN v. L. M. BECK and GALILEE FISH COMPANY, INC., Impleaded, etc.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

FRANKLIN TITLE AND MORTGAGE GUARANTY COMPANY OF NEW YORK v. ISAAC SHERNOV and LILLIAN WANSKER.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 267.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

MARIA PUZZIO DI BELLIS v. ANTHONY RUGGIERO and Another, Impleaded, etc. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs and stay vacated. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

B. C. SCHRAM, Receiver of FIRST NATIONAL BANK — DETROIT, a National Banking Association, v. MAY E. C. KEANE.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

B. C. SCHRAM, Receiver of FIRST NATIONAL BANK — Detroit, a National Banking Association, v. WILLIAM L. KEANE.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARTIN STANLEY MARKOWITZ, an Infant, by HARRY MARKOWITZ, His Guardian ad Litem, and HARRY MARKOWITZ v. ÆTNA LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BANKERS TRUST COMPANY, as Trustee, etc., of the Trusts Created for the Benefit of HARRISON G. OTIS and MAUDE D. HENDRICKSON, Under the Last Will and Testament of A. WALKER OTIS, Deceased. WILLIAM BRITTON STITT, Special Guardian of MARGARET E. OTIS, an Infant, Petitioner; MAUDE D. HENDRICKSON and BANKERS TRUST COMPANY, as Trustee, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon. JJ.